UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Pace Industry Union Management Pension Fund, ) <br> And its Trustees, et al. ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Delta Containers, Inc., ) <br> ) <br> Defendant ) | Civil Action No: 3:07-1068 <br><br> ***Judge Haynes*** |

## ENTRY OF DEFAULT

Pending is Plaintiffs' Request for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP)(Docket Entry 18).

A review of the record reveals that Defendant was served on November 2, 2007, and that since being served Defendant has failed to answer or otherwise plead in its defense within the time period allowed by law. Entry of Default against Defendant is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant Delta Containers, Inc.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court